# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO HERNANDEZ, | Case No. CV 14-9853-JLS (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KIM HOLLAND, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 28, 2015.

                                                                          JOSEPHINE L. STATON
                                                                          UNITED STATES DISTRICT JUDGE